## State of Connecticut *v.* Jose Cotto
### (8730)

O'Connell, Foti and Lavery, Js.

Argued January 8—decision released January 22, 1991

*Brian M. O'Connell,* with whom was *Philip L. Pettijohn,* law student intern, for the appellant (defendant).

*Margaret G. Radionovas,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Paul Murray,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.